Michael G. Woods, # 058683-0
Deborah A. Byron, #105327
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA 93720-1501
Telephone: (559) 433-1300
Facsimile: (559) 433-2300

Attorneys for Defendants
COUNTY OF TULARE and TULARE COUNTY
SHERIFF BILL WITTMAN

(SPACE BELOW FOR FILING STAMP ONLY)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA BORGIOLI,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF TULARE AND THE SHERIFF OF THE COUNTY OF TULARE and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No. 01:08-CV-00857 LJO SMS<br><br>**JOINT STIPULATION TO STAY PROCEEDINGS PENDING RESOLUTION OF ADMINISTRATIVE PROCEEDINGS** |

IT IS HEREBY STIPULATED by and between Plaintiff, PAULA BORGIOLI, by and through her attorneys of record, Penner, Bradley & Simonian, by Peter S. Bradley, and Defendants, COUNTY OF TULARE and TULARE COUNTY SHERIFF BILL WHITMAN, by and through their attorneys of record, McCormick, Barstow, Sheppard, Wayte & Carruth LLP, by Deborah A. Byron, as follows:

1. The parties submit this Joint Stipulation to Stay Proceedings due to a pending matter before the Board of Supervisors of the County of Tulare: In the Matter of the Dismissal of Paul Borgioli, Appellant, Case No. 2009030261.

2. The above-referenced administrative matter stems from the dismissal of Paula Borgioli from employment with the Tulare County Sheriff's Department, effective

February 9, 2009. Ms. Borgioli appealed the Final Notice of Disciplinary Action: Dismissal, which is currently set for formal hearing on July 7, 8 and 9, 2009.

3. Tulare County Personnel Rules provide for a formal disciplinary hearing following an employee's notice of appeal in response to a notice of disciplinary action. Following the formal hearing, the hearing officer will prepare a record of the proceedings, and recommended findings, conclusions and a recommended decision, which is filed with the Tulare County Board of Supervisors. The Board of Supervisors then reviews the record, adopts the findings, conclusions and recommended decision of the hearing officer or rejects the recommendations in whole or in part, and adopts its own findings, conclusions and decision. The Board of Supervisors is authorized to affirm, modify or reverse the order of the appointing authority, which decision is final.

4. The parties agree that this matter should be stayed pending resolution of the appeal of the dismissal of Paula Borgioli, to permit discovery on issues relating to Borgioli's termination, to prevent piecemeal litigation and to preserve court time and resources. Whether or not good cause exists for the decision for disciplinary action against Borgioli will be an issue in this civil action.

5. Counsel for the parties herein are not counsel of record in the matter of the dismissal of Paula Borgioli, but are informed and believe that recommendations from the hearing officer will be issued within approximately 30 days of completion of the hearing, and the Board of Supervisors thereafter will issue its final decision within approximately 30 days. The parties expect that a final decision of the Board of Supervisors will be issued around September of 2009.

6. The parties agree that an immediate lift of stay will be requested upon issue of the final decision by the Board of Supervisors. It is agreed that should judicial review of the decision made after hearing be sought pursuant to Code of Civil Procedure Section 1094.6, or any other statutory provision, the terms of this Stipulation for a lift of stay will not be affected. The parties agree that issue of the final decision of the Tulare County Board of Supervisors is the triggering event for which the parties will immediately seek a lift of stay.

///

| | |
|---|---|
| Dated: April 9, 2009 | McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP |

By: /s/ Deborah A. Byron
Michael G. Woods
Deborah A. Byron
Attorneys for Defendants COUNTY OF TULARE and TULARE COUNTY SHERIFF BILL WITTMAN

Dated: April 6, 2009                             PENNER, BRADLEY & SIMONIAN,

By: /s/ Peter S. Bradley
Peter S. Bradley
Attorneys for Plaintiff PAULA BORGIOLI

## **ORDER**

Upon agreement and stipulation of the parties and good cause shown, IT IS ORDERED THAT:

1) the proceedings in this case are hereby stayed pending issue of the final decision of the Tulare County Board of Supervisors and request for lift of stay by the parties;

2) the deadlines set forth in the December 4, 2008 Scheduling Conference Order shall be vacated; and

3) the parties are ordered to submit a Joint Status Report to the court within 15 days of issue of the final decision of the Tulare County Board of Supervisors.

Dated: April 13, 2009         /s/ Lawrence J. O'Neill
Lawrence J. O'Neill
U. S. District Court Judge

85560/00064-1380015.v1