# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| PAULA BORGIOLI,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF TULARE AND THE SHERIFF OF THE COUNTY OF TULARE, and DOES 1 through 50, inclusive,<br><br>Defendants.<br>_____/ | CASE NO. 1:08-cv-00857 LJO SKO<br><br>**ORDER REQUIRING STATUS REPORTS** |

This case was stayed by the Court on April 14, 2009, pending the final decision of the Tulare County Board of Supervisors. On April 20, 2010, the parties were ordered to submit a status report within 20 days advising the Court of the approximate resolution date of the proceeding before the Tulare Board of Supervisors. On April 21 and April 30, 2010, the parties each filed a separate status report indicating that Plaintiff had appeared for hearing before an administrative law judge on July 8-9, 2009. The administrative law judge subsequently issued a proposed decision for review by the Tulare County Board of Supervisors.

On March 16, 2010, the Tulare County Board of Supervisors passed a resolution adopting the findings of the administrative law judge. Pursuant to California Code of Civil Procedure Section 1094.6 and the Tulare County Personnel Rule 12.5.12, Plaintiff had until June 16, 2010, to seek

judicial review of the Board of Supervisors' decision.  In their status reports, the parties requested that the stay in this matter remain in effect until after June 16, 2010, so that Plaintiff could elect whether to pursue an appeal of the Board of Supervisors' decision.  As June 16, 2010 has now passed, the Court requires the parties to submit a concise joint statement (consisting of no more than five (5) pages) regarding the status of the case and whether a stay of this matter remains necessary.

Accordingly, IT IS HEREBY ORDERED THAT the parties shall file a joint status report within twenty (20) days from the date of this order.

IT IS SO ORDERED.

**Dated:   June 29, 2010**                              /s/ Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE