# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| PAULA BORGIOLI, | CASE NO. 1:08-cv-00857 LJO SKO |
| Plaintiff, | **ORDER LIFTING STAY AND SETTING MANDATORY SCHEDULING CONFERENCE** |
| v. | |
| COUNTY OF TULARE AND THE SHERIFF OF THE COUNTY OF TULARE and DOES 1 through 50, inclusive, | |
| Defendants. / | |

On April 9, 2009, the parties filed a Joint Stipulation to Stay Proceedings due to a pending matter before the Board of Supervisors of the County of Tulare. The Court ordered the matter stayed and vacated the deadlines set forth in the December 4, 2008, Scheduling Conference Order. On July 19, 2010, the parties each filed status reports indicating that the pending matter before the Board of Supervisors of the County of Tulare was completed and asked that the stay be lifted and a scheduling conference be ordered.

Accordingly, IT IS HEREBY ORDERED THAT:

1. The Stay of Proceedings in this matter is hereby LIFTED;

2. The parties shall appear before Magistrate Judge Sheila K. Oberto at a mandatory scheduling conference on August 11, 2010, at 9:30 a.m. (the parties may request a telephonic appearance); and

3.     In preparation for the scheduling conference, the parties shall prepare and file an updated Joint Scheduling Report on or before August 4, 2010, emailing a conforming copy of the report to skoorders@caed.uscourts.gov in either WordPerfect or Word format.

IT IS SO ORDERED.

**Dated:**   **July 21, 2010**                /s/ **Sheila K. Oberto**
                                             UNITED STATES MAGISTRATE JUDGE