# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| PAULA BORGIOLI, | CASE NO. 1:08-cv-00857 LJO SKO |
| Plaintiff, | |
| v. | **ORDER TO FILE JOINT SCHEDULING REPORT OR SHOW CAUSE** |
| COUNTY OF TULARE, et.al., | |
| Defendants.                             / | |

On 6/19/2008, the Court issued an Order Setting Mandatory Scheduling Conference ("Order").  The Order explicitly instructed the parties as to the preparation of a Joint Scheduling Report to be filed in advance of the scheduling conference:

> A Joint Scheduling Report, carefully prepared and executed by all counsel, shall be electronically filed in CM/ECF, one (1) full week prior to the Scheduling Conference, and shall be e-mailed, in WordPerfect or Word format.

The matter was stayed on or about April 14, 2009.  On July 21, 2010, the Court issued its order lifting the stay and setting a mandatory scheduling conference on August 11, 2010.  The Court ordered the parties to file an updated Joint Scheduling Report on or before August 4, 2010.

The parties have failed to timely file their Joint Scheduling Report.  Accordingly, it is ORDERED that, **no later than 8/6/2010**, the parties shall file their Joint Scheduling Report or show cause why the Court should not impose sanctions under Local Rule 110 for failing to comply with an order of this Court.

IT IS SO ORDERED.

**Dated:   August 5, 2010**                    /s/ Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE