Michael G. Woods, # 058683-0
Deborah A. Byron, #105327
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:     (559) 433-1300
Facsimile:      (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendants
COUNTY OF TULARE and TULARE COUNTY
SHERIFF BILL WITTMAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA BORGIOLI,<br><br>              Plaintiff,<br><br>v.<br><br>COUNTY OF TULARE AND THE SHERIFF OF THE COUNTY OF TULARE and DOES 1 through 50, inclusive,<br><br>              Defendants. | Case No.  01:08-CV-00857 LJO SKO<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON** |

IT IS HEREBY STIPULATED by and between Plaintiff PAULA BORGIOLI and Defendants COUNTY OF TULARE and TULARE COUNTY SHERIFF BILL WITTMAN that the Complaint filed herein on behalf of Plaintiff PAULA BORIGOLI shall be dismissed with prejudice.  The respective parties shall bear their own costs and attorneys' fees.

///

///

///

///

///

///

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON

| | |
|---|---|
| Dated: November 15, 2010 | McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP |

By:  /s/ Michael G. Woods
Michael G. Woods
Deborah A. Byron
Attorneys for Defendants COUNTY OF TULARE and TULARE COUNTY SHERIFF BILL WITTMAN

| | |
|---|---|
| Dated: November 24, 2010 | PENNER, BRADLEY & BUETTNER |

By:  /s/ Peter S. Bradley
Peter S. Bradley
Attorneys for Plaintiff PAULA BORGIOLI

## **ORDER**

Based on the Stipulation of the parties hereto and good cause appearing therefor,

IT IS ORDERED that the Complaint of Plaintiff PAULA BORGIOLI is dismissed with prejudice. The respective parties shall each bear their own costs and attorney's fees. The Clerk of the Court is directed to close this action in its entirety.

DATED:   December  16, 2010.

/s/ Lawrence J. O'Neill_____
Lawrence J. O'Neill
Judge of the U. S. District Court

85560/00064-1620547.v1